**Order entered May 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01478-CR

**BRENDA KAY COOK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82135-2017**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief had not been filed. On May 16, 2019, appellant filed her brief along with a motion to extend time to file the same. In the interest of expediting this appeal and because the trial court has not yet held a hearing, we **VACATE** our May 1, 2019 order to the extent it ordered a hearing and required findings. We **GRANT** appellant's motion and **ORDER** her brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; Stephanie Hudson; and to the Collin County District Attorney.

The State's brief is **DUE** thirty days from the date of this order.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE